UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

Tonya Ann Bramlett  CASE NO: 17-30869

SSN# : XXX-XX-6402    DEBTOR

**OBJECTION OF TRUSTEE TO CONFIRMATION OF PLAN;**
**MOTION TO DISMISS**

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan of the above-referenced debtor, and moves that the court dismiss the case pursuant to 11 USC Section 1307 (c).

In support of his objection, the trustee would show as follows:

**The proposed plan does not comply with the requirements of 11 USC Section 1322 (a)(2) for the reason that it does not provide for the full payment of each priority unsecured claim.**

**The proposed plan does not comply with the requirements of 11 USC Section 1325 (a)(5) for the reason that it does not provide for the payment of the value of the amount of each allowed secured claim.**

Wherefore, the trustee requests that the court set a hearing on his Objection and Motion, and that it grant such relief as is appropriate and just.

Dated:  August 09, 2017

Warren L. Tadlock
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100

**\*\* IMPORTANT INFORMATION ON REVERSE SIDE \*\***

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

Tonya Ann Bramlett                                            CASE NO:  17-30869

SSN# :   XXX-XX-6402        DEBTOR

**NOTICE OF OBJECTION OF TRUSTEE TO CONFIRMATION AND MOTION TO DISMISS PLAN**

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor to object to confirmation and to dismiss the case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested by the trustee in the objection and motion or if you want the court to consider your views on the objection and motion, you or your attorney must file with the court a written response to the objection and motion by August 31, 2017 at the following address:

    CLERK, U.S. BANKRUPTCY COURT
    401 W TRADE ST.
    CHARLOTTE, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

A hearing will be held on the trustee's objection and motion will be held on **September 12, 2017 at  9:30 am** at the following address:

    Charles Jonas Federal Building
    Courtroom 1-5
    401 West Trade Street
    Charlotte, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and motion and may enter an order granting that relief.

Dated:  August 09, 2017

    Warren L. Tadlock
    Standing Chapter 13 Trustee
    5970 Fairview Road, Suite 650
    Charlotte, NC  28210-2100

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                                                                                                 CASE NO: 17-30869

    Tonya Ann Bramlett

SSN# :   XXX-XX-6402     DEBTOR

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on August 10, 2017.

                                                                                        L. Pascal
                                                                                      Office of the Chapter 13 Trustee

CABARRUS COUNTY TAX COLLECTOR, PO BOX 707, CONCORD, NC 28026-0707
CLERK OF COURT, CABARRUS COUNTY, 77 UNION STREET S, CONCORD, NC 28025
COUCHELL INVESTMENTS, 3362 SMITH FARM RD, MATTHEWS, NC 28104
CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
STATE EMPLOYEES CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, PO BOX 25279, RALEIGH, NC 27611
Tonya Ann Bramlett, 118 Green St, Concord, NC 28027
VIKING COLLECTION SERVICE, 7500 OFFICE RIDGE CIRCLE, EDEN PRAIRIE, MN 55344

Total Served:10